SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
IRVINE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ADAM GHADIRI,<br><br>            Plaintiff,<br><br>     v.<br><br>RUBY'S DINER, a business entity; DOUG CAVENAUGH, an individual; IRVINE COMPANY, a business entity of unknown form,<br><br>            Defendants. | Case No. 8:18-cv-01657-AG-ADS<br>Honorable Andrew J. Guilford<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br><br>Action Filed:   September 13, 10218<br>Trial Date:     None Set |

**TO THE COURT OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant THE IRVINE COMPANY LLC (incorrectly named as "Irvine Company") ("Defendant") hereby submits the following Disclosure Statement: No publicly-held corporation owns 10% or more of Defendant's stock and Defendant does not have a parent corporation.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Plaintiff Adam Ghadiri

Defendant The Irvine Company LLC

Defendant Ruby's Diner

Defendant Doug Cavenaugh

Dated: October 17, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Gregory F. Hurley*
GREGORY F. HURLEY

Attorneys for Defendant,
IRVINE COMPANY