<table>
<tr><td align="center">UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA</td><td align="center">JS-6</td></tr>
</table>

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SA CV 18-1657 DOC (ADSx) | Date: October 31, 2018 |

Title: ADAM GHADIRI V. RUBY'S DINER, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER STAYING PROCEEDINGS PURSUANT TO 11 U.S.C. § 362 [19]**

Before the Court is Defendant Ruby's Diner's ("Defendant") Notice of Automatic Stay Pursuant to 11 U.S.C. § 362(a) ("Notice") (Dkt. 19). Defendant informs the Court that Defendant filed a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, Case No. 18-13311. Notice at 1, 3.

Accordingly, the Court STAYS all proceedings in this action and all pending motions pursuant to 11 U.S.C. § 362. Defendant is ORDERED to file an update on CM/ECF as to the status of the bankruptcy proceedings at an interval of every three months after the entry of this order. Defendant is also ORDERED to provide notice to the Court when the bankruptcy proceedings end. Such notice must be provided within thirty days of the end of those proceedings.

The Clerk shall serve this minute order on the parties.

| | |
|---|---|
| MINUTES FORM 11<br>CIVIL-GEN | Initials of Deputy Clerk: djl |