Adam Ghadiri
360 E. 1st St. #324
Tustin, CA 92780
Tel: (949) 350-5556
Email: action4legal@yahoo.com

In Pro Per

FILED
2019 FEB 27 PM 12: 29

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ADAM GHADIRI | CASE NUMBER |
| --- | --- |
| Plaintiff(s), | 8:18-cv-01657-DOC-ADS |
| v. | |
| RUBY'S DINER, a business entity; DOUG CAVENAUGH, an individual; IRVINE COMPANY, a business entity | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) DOUG CAVENAUGH and RUBY'S DINER

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Adam Ghadiri.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 22, 2019
    Date                                           Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*