# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SA CV 18-1657-DOC-ADS | Date:  March 1, 2019 |

Title: ADAM GHADIRI V. RUBY'S DINER ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER CLARIFYING STATUS OF CASE**

On October 31, 2018, the Court STAYED proceedings in the instant action pursuant to 11 U.S.C. § 362(a), due to ongoing bankruptcy proceedings regarding Defendant Ruby's Diner (Dkt. 22). Ruby's Diner filed a status report in compliance with the Court's Stay on February 26, 2019 (Dkt. 23).

On February 27, 2019, Plaintiff Adam Ghadiri filed an Application for Clerk to Enter Default against Defendant Irvine Company (Dkt. 24), arguing that Irvine Company failed to answer the Complaint in a timely manner. The Clerk noticed a deficiency in Plaintiff's Application (Dkt. 25) as the case is currently stayed. Further, the Court clarifies that Defendant Irvine Company filed an Answer on October 17, 2018 (Dkt. 17), and thus any Application for Clerk to Enter Default against Irvine Company will be denied if and when the case becomes active once again.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk: djl